IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV514

| | |
|---|---|
| PATRICIA CALDWELL,<br>    Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGES, INC.<br>and DOES 1-100,<br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Defendant's Motion to Compel Plaintiff to Answer Deposition Questions" ("Motion to Compel") (Document No. 18), filed September 23, 2005 by FedEx Ground Packages, Inc. A hearing on the Motion to Compel shall be held in front of the undersigned on **Thursday, November 10, 2005**. The parties will be contacted by the Court with respect to the time of such hearing.

    **IT IS SO ORDERED**.

**Signed: October 14, 2005**

_____
David C. Keesler
United States Magistrate Judge