# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Patricia Caldwell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 3:04-CV-514 |
| ) | |
| FedEx Ground Packages, Inc., a ) | |
| Delaware corporation, and DOES 1-100, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), this civil action is dismissed with prejudice upon stipulation of counsel for the parties as appears by their signatures hereon.

WHEREFORE, IT IS HEREBY STIPULATED AND ORDERED that all claims which plaintiff has or may have had against FedEx Ground Packages, Inc., and DOES 1-100, in the above-captioned case are dismissed with prejudice.

IT IS SO ORDERED.

Signed: March 15, 2006

David C. Keesler
United States Magistrate Judge

1

**WE CONSENT:**

Plaintiff(s)     Defendant(s)

s/Michael S. Davis w/express permission     s/Fred W. Suggs, Jr.
Michael S. Davis     Fred W. Suggs, Jr.
Law Offices of Michael S. Davis     Ogletree Deakins Nash Smoak & Stewart, PC
345 Hill Street     300 North Main Street
San Francisco, CA 94114     Greenville, SC  29602
(415)282-4315     (864)271-1300
Fax (415)675-2530     Fax (864)235-4754
E-Mail: msdlegal@comcast.net     E-Mail: Fred.Suggs@odnss.com

Attorneys for Plaintiff     Attorneys for Defendants

Dated: March 15, 2006     Dated:  March 15, 2006

2