# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patricia Caldwell,

        Plaintiff(s),

vs.

FedEx Ground Packages, Inc., et al.,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04cv514

DECISION BY COURT. This action having come before the Court by Stipulation of Dismissal and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2006 Order.

March 16, 2006

FRANK G. JOHNS, CLERK

BY: *[signature]*
Cynthia Huntley, Deputy Clerk